ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT LEUNG,<br><br>Defendant. | NO. 23-CR-183-SI-1<br><br>**UNITED STATES' SENTENCING MEMORANDUM**<br><br>Judge:  Hon. Susan Illston<br>Date:   December 13, 2024<br>Time:   11:00 a.m. |

I.    INTRODUCTION

Defendant Elliot Leung (age 31) pleaded guilty to count one and count two of the captioned

indictment charging him with conspiracy to distribute a mixture and substance containing

methamphetamine and with conspiracy to tamper with a witness or informant in July 2024.  PSR ¶ 2.

Leung was part of a drug conspiracy that distributed fake Adderall pills containing methamphetamine,

cocaine, and marijuana.  The conspirators—including Leung—paid couriers to transport controlled

substances and suitcases of cash between stash houses in the Bay Area and between Los Angeles and the

Bay Area.  After one of the drug group's couriers was arrested by the FBI, Leung reached out to the

courier's ex-girlfriend (co-defendant Christina Nguyen "C. Nguyen") and had her offer the courier

1   $100,000 per year if the courier was sentenced to prison in exchange for the courier's promise not to

2   cooperate with federal law enforcement.  Unaware that the courier had already begun cooperating with

3   the FBI, Leung and C. Nguyen engaged in a weeks-long pressure campaign to buy the silence of the

4   courier—hereafter "cooperating witness" (CW).  Their campaign of meetings, encrypted chats, and

5   calls with the CW included payments from the drug group, culminating with a $19,000 cash payment

6   that C. Nguyen gave to the CW during a recorded meeting in her car.

7   **II.    SENTENCING GUIDELINES CALCULATIONS**

8   As reflected in the plea agreement, the parties calculated the Sentencing Guidelines for Leung's

9   offense is as follows:

10      a.    Base Offense Level, U.S.S.G. § 2D1.1(c)(5)    32

11      b.    Specific Offense Characteristic: 2D1.1(b)(1) (firearms present)    +2

12      c.    Obstruction of Justice, § 3C1.1    +2

13      d.    Acceptance of Responsibility, U.S.S.G. § 3E1.1    -3

14      e.    [Zero-Point Offender, U.S.S.G. § 4C1.1]    [-2]

15      f.    Total Offense Level:    31

16  *See* Dkt. 65 at 6.  U.S. Probation disagrees with the parties' guidelines calculation, stating that Leung is

17  <u>not</u> a zero-point offender because he has two criminal convictions for vandalism and reckless driving,

18  resulting in two criminal history points.  PSR ¶¶ 3, 60-61.  U.S. Probation therefore calculates Leung to

19  be at offense level 33 (PSR ¶¶ 48-57) with an advisory guidelines range of 151-188 months.

20  **III.    DISCUSSION**

21  The Court must impose a sentence sufficient, but not greater than necessary, to reflect the

22  seriousness of the offense, promote respect for the law, and provide just punishment; to afford adequate

23  deterrence; to protect the public; and to rehabilitate the defendant.  18 U.S.C. § 3553(a)(2); *United States*

24  *v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008).  The Guidelines are "the starting point and the initial

25  benchmark." *Gall v. United States*, 552 U.S. 38, 49 (2007).

26  Section 3553(a) sets forth factors that the Court must consider in determining an appropriate

27  sentence: (1) the nature and circumstances of the offense and the defendant's history and characteristics;

28  (2) the purposes of sentencing; (3) the kinds of sentences available; (4) the Guidelines range for

1    sentences; (5) any pertinent policy statements; (6) the need to avoid unwarranted sentencing disparities;

2    and (7) the need to provide restitution to any victims.  18 U.S.C. § 3553(a); *Carty*, 520 F.3d at 991.

3    Although the Guidelines are not binding, they "reflect a rough approximation of sentences that might

4    achieve section 3553(a)'s objectives."  *Rita v. United States*, 551 U.S. 338, 350 (2007).

5            **A.**       **The Offenses – Drug Conspiracy and Witness Tampering Conspiracy**

6            **1.**       **Leung's Involvement in the Drug Conspiracy**

7            Elliot Leung was part of a drug conspiracy with John Khuu and others that operated in the Bay

8    Area and the Los Angeles region.  The drug conspiracy distributed multiple drugs including fake

9    Adderall pills containing methamphetamine.  PSR ¶ 19.  The conspirators employed at least two drug

10   couriers who moved drugs and money in the Bay Area and between the Bay Area and Los Angeles.  *Id.*

11   Leung admits that these couriers picked up suitcases filled with cash—obtained through the sale of

12   drugs—at FedEx stores on multiple occasions.  Dkt. 65 at 3. The drug group also worked with a

13   cryptocurrency exchanger[1] to convert cryptocurrency drug proceeds from its darknet drug sales into

14   cash.  PSR ¶¶ 19-20, 22-23.

15           The FBI arrested one of the drug group's couriers in August 2022.  PSR ¶ 12. Agents had

16   observed that courier deliver 1 kilogram of methamphetamine to an informant in December 2021.  PSR

17   ¶¶ 7-9.  The courier (hereafter "cooperating witness" or "CW") agreed to work with the FBI and

18   provided details about his work for Elliot Leung, John Khuu, and other members of the drug conspiracy.

19   PSR ¶¶ 8-12.

20           When Khuu was arrested in August 2022,[2] agents searched Khuu's cell phone and found chats

21   between Khuu, Leung, and other members of the conspiracy.  PSR ¶¶ 20-23.  The chats showed that

22   Khuu, Leung, and others were distributing a variety of controlled substances and laundering large

23   amounts of cryptocurrency and cash.  PSR ¶ 23.  Khuu operated a darknet drug vendor account that sold

24

25   [1] *See United States v. Hung Duong*, Case No. 5:22-CR-144-EJD (N.D. Cal.), Dkt. 40, 47 (Duong was sentenced to 20 months in custody for laundering drug proceeds)

26

27   [2] Khuu was arrested in Southern California and transferred to the Northern District of Texas to face federal money laundering charges related to drug proceeds.  PSR ¶ 20.  Khuu was also charged with a drug offense in the Northern District of California.  PSR ¶ 20; Case No. 22-cr-302-CRB.  Agents obtained Khuu's jail calls and found that Khuu was in frequent contact with Elliot Leung.  PSR ¶ 21.

28   Leung was not arrested by the FBI until June 22, 2023.  PSR ¶ 41.

1  counterfeit pills and accepted payment in cryptocurrency.  PSR ¶ 22.  Agents tied Khuu's darknet

2  vendor account to nearly 500 drug sales and about 620 Bitcoin in drug proceeds—then worth about $5.3

3  million.  PSR ¶ 22.

4  **2.  The Drug Conspirators Sold Counterfeit Pills on the Darknet**

5  During the conspiracy, the CW moved counterfeit pills for the drug group's leaders.  PSR ¶ 24.

6  A text message exchange between Khuu and the CW from April 3, 2022 confirms this as well as the fact

7  that Leung (who other conspirators called "Dank" or "e") was involved with the pills:

8  KHUU        Do you have the **xans** on you as well?

9  CW          Yee
             Yee
10          I got 10 on me

11  KHUU        **10 Bs?**

12  CW          Yeah

13  KHUU        We are supposed to return all the xans

14  CW          Oh Okay
             **I can grab it all from dank**
15          Then head there

16

17  *Id.*  "Xans" is the street term for counterfeit Xanax (alprazolam) pills that are often manufactured by

18  darknet drug suppliers and that sometimes contain fentanyl.  PSR ¶ 25.  When Khuu refers to "10Bs",

19  agents understood him to mean "10 boats"—a "boat" refers to the quantity of 1,000 pills.  *Id.*  The CW's

20  comment, "I can grab it all from dank," is consistent with the CW's information that Leung stored pills

21  for the conspiracy in the Bay Area.

22  The inherent danger presented by the conspirators' distribution of counterfeit pills is illustrated

23  by another chat that occurred around May 26, 2022 that was found on Khuu's phone.  Due to the

24  possibility of lethal overdoses from fentanyl, drug dealers will sometimes test their drug supply to

25  ensure that the drugs they have purchased do not contain fentanyl.  PSR ¶ 28.  In the encrypted chat

26  reproduced below, the unidentified drug buyer "Natural Nine" accuses the conspirators of distributing

27  fake Adderall pills ("Ads") that the buyer found contained fentanyl ("F") after testing them with

28  fentanyl test strips.

| | | |
|---|---|---|
| NATURAL NINE | **Wdym why am I telling ppl there is F in ur Ads** | |
| | **Because there fucking is** u goofy ass n**** | |
| LEUNG | Huey | |
| | If u wanna resolve this | |
| | Please | |
| | Talk nice | |
| | Let **jk [John Khuu]** speak | |
| | Don't talk foul | |
| | One st a time | |
| | Ok | |
| KHUU | That's not my ad | |
| | U capping | |
| NATURAL NINE | ? | |
| LEUNG | Join the call | |
| NATURAL NINE | U wanna test ur batch Cheeta still got it | |



In the chat above, Leung encourages the buyer Natural Nine to join a call to resolve the dispute about whether the pills contain fentanyl. The buyer suggests that Khuu and Leung need to test the "batch" of pills they have, which their co-conspirator (who used the alias "cheetah") has. PSR ¶ 27 n.1.

**B.    FBI Searches at the Group's Bay Area Stash Houses on Starview Way and Norfolk Street Uncover Drugs and Firearms and Send the Conspirators into a Panic.**

On August 12, 2022, the FBI executed search warrants at Elliot Leung's residence on Starview Way in the Twin Peaks area and at a drug stash house used by the conspirators on Norfolk Street in the South of Market neighborhood. During the search of Leung's residence on Starview Way, agents seized multiple firearms and ammunition, a bag with seven orange pills, a bag with white powder, multiple large bags of marijuana, and indicia with the name Elliot Leung. PSR ¶ 13. Although Leung was only renting the Starview apartment, agents discovered that he had installed metal gates on multiple interior doors within it. PSR ¶ 19. At the Norfolk Street stash house, agents seized roughly 15,000 orange counterfeit Adderall pills, multiple bags of marijuana, two assault rifles, and a large variety of ammunition. PSR ¶ 14. The orange pills were tested at a DEA lab and represent 6,256 grams of a mixture containing methamphetamine. PSR ¶ 42. Between the two locations searched, agents seized also over 760 pounds of processed marijuana. PSR ¶ 15. Agents identified evidence that the two

1  properties served as hubs for the distribution of drugs through nationwide darknet sales in which drugs

2  were sent through the U.S. Mail.  PSR ¶¶ 15, 22.

3         During review of Khuu's phones seized in August 2022, agents identified an encrypted chat

4  between Khuu and another member of the drug group about how to manage the fallout from the FBI

5  searches of Starview Way and Norfolk Street on August 12, 2022.

6      KHUU:       Maybe we should take a break
                   from everything
7
       CMNESS:     I'm staying w my friend
8
       KHUU:       Ok I'll stay in oc then
9                  You think they was following e ?

10
       CMNESS:     If all the accounts take a break at the same time
11                 It'll look so sus

12     KHUU:       Idk if I wanna keep the labtop [sic]
                   At home
13                 Did they take electronics?
                   From the dub or Es spot
14
15     CMNESS:     Yes
                   Everything
16                 It's the feds
                   All electronics sweeper
17                 Sweeped*

18

19  PSR ¶ 31.  The statement, "maybe we should take a break from everything," was understood by agents to

20  mean that the conspirators should pause their darknet drug sales and go into hiding after the federal search

21  warrants were executed and electronic devices were seized.  PSR ¶ 32.  When conspirator CMNESS

22  mentions "accounts," agents understood him to be referring to darknet drug vendor accounts.  PSR ¶ 34. The

23  plural "accounts" indicated to agents that the conspirators were operating multiple darknet vendor accounts,

24  likely on multiple darknet marketplaces.  *Id.*  When Khuu asks: "Did they take electronics? From the dub or

25  E's spot," agents understood him to refer to the execution of federal search warrants on Norfolk and

26  Starview.  PSR ¶ 33.  "Es spot" refers to the Starview apartment—the location where Leung was living with

27  his girlfriend at the time.  *Id.*

28  \\

GOV. SENTENCING MEMO                         6
NO. 23-CR-183-SI-1

Later in the text exchange (shown below), Khuu expresses relief that he did not "stay another night" and observes that CMNESS "didn't wanna stay there overnight"—likely referring to Leung's Starview apartment. PSR ¶ 35. CMNESS replies that Khuu "would've been so fucked." *Id.* This conversation suggests that both Khuu and CMNESS visited Leung in San Francisco close in time to the FBI searches. On the morning of the searches, however, neither Khuu, CMNESS, nor Leung were present at the Starview or Norfolk stash houses. CMNESS laments: "I had a bad feeling . . . I literally told him [Leung] to clean out the spot / Didn't listen to me." PSR ¶ 35.

KHUU:       Good thing I didn't stay there another night
            Man that's why didn't wanna stay there overnight

CMNESS:     You would've been so fucked

KHUU:       Or e

CMNESS:     Bro I had a bad feeling
            All the time
            I literally told him to clean out the spot
            Didn't listen to me

**C.     Elliot Leung and Christina Nguyen Attempt to Buy the Silence of the CW on Behalf of the Drug Conspiracy.**

After the CW was arrested by the FBI in early August 2022, Elliot Leung arranged a meeting between the CW and the CW's ex-girlfriend—co-defendant Christina Nguyen ("C. Nguyen"). PSR ¶ 36. C. Nguyen dated and then broke up before the CW was arrested. *Id.* C. Nguyen also frequently socialized with members of the drug conspiracy and was close friends with the girlfriend of one of the conspirators. *Id.*

In an initial meeting in her car, C. Nguyen told the CW that Elliot Leung and the other conspirators would pay the CW $100,000 per year if the CW agreed not to cooperate with law enforcement and had to serve time in prison. PSR ¶ 36. On August 25, 2022, C. Nguyen again met with the CW to follow up on the hush money offer. PSR ¶ 37. During this second meeting, which was secretly recorded by law enforcement, the CW stated, "The deal is 100 for every year." *Id.* C. Nguyen replied, "Yeah for …" but then stopped speaking to see if the CW was wearing a wire by lifting his shirt. *Id.*

1    Leung continued to work with C. Nguyen and had her meet with the CW on multiple occasions

2    with the intent to prevent the CW from revealing Leung and his co-conspirators' drug distribution

3    activities to federal law enforcement.  PSR ¶ 38.

4    In encrypted Wickr messages exchanged over multiple weeks, Leung used the screennames

5    "keepfaith," "havefaith," "Havefaith1" to communicate with the CW, who was using the screenname

6    "hidenseek444".  PSR ¶ 39.  Leung promised that the CW would be paid hush money not to cooperate

7    with federal law enforcement. *Id.*  To reassure the CW that Leung and his associates would make good

8    on the promise, Leung directed the CW to pick up $4,000 from a post office box that the CW and Leung

9    had previously used as part of the drug conspiracy.  *Id.*

10    On September 27, 2022, C. Nguyen met the CW on behalf of the drug conspiracy. Afterwards,

11    Leung had an audio call with the CW in which Leung continued his efforts to persuade the CW not to

12    cooperate with law enforcement.  PSR ¶ 40.  At Leung's direction, C. Nguyen delivered $19,000 in cash

13    to the CW during a meeting in her vehicle on October 7, 2022.  *Id.*

14    **D.    Other 3553 Factors**

15    According to the defendant, from 2018 through 2022 his primary source of income was selling

16    marijuana.  PSR ¶ 91. The current case is not Leung's first brush with federal law enforcement. He was

17    investigated by the DEA in 2020 for running a darknet drug vendor account with the name

18    "DANK4DAYZ".  PSR ¶ 35.  Unfortunately, this earlier encounter with the DEA did not dissuade him

19    from continuing to operate in the darknet drug space.  Prior to focusing on drugs as a business, the

20    defendant worked a number of jobs.  PSR ¶¶ 92-95.

21    Leung was raised in the Sunset District of San Francisco and had a childhood in which his basic

22    needs were met.  PSR ¶ 69.  He went to church, summer camp, and family trips while also playing

23    sports.  *Id.*  The defendant completed high school and attended college classes for several years but did

24    not obtain a degree.  PSR ¶ 88.  The defendant has been in a relationship with his girlfriend—who has

25    a stable job at a tech company—for over two years.  PSR ¶ 75.

26    \\

27    \\

28    \\

1    **IV.    CONCLUSION**

2         In accordance with the parties' plea agreement, the government respectfully recommends that the

3    Court sentence Leung to 60 months in prison, 3 years of supervised release, and the terms and

4    conditions recommended by U.S. Probation.

5

6    DATED:  December 6, 2024                    Respectfully submitted,

7
                                                ISMAIL J. RAMSEY
8                                               United States Attorney

9                                               /s/
                                                _____
10                                              DANIEL PASTOR
                                                Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOV. SENTENCING MEMO                    9
NO. 23-CR-183-SI-1