UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES
for proceedings held on December 13, 2024

Before Judge SUSAN ILLSTON

23-cr-00183-SI-1 – UNITED STATES v. ELLIOT LEUNG

Time in court: 32 minutes

Attorney for United States:   Daniel Pastor
Attorney for Defendant:       Christopher Cannon

Courtroom Deputy Clerk:   Esther Chung
Court Reporter:           Stephen Franklin
Probation Officer:        Ashley Polk

Defendant was present for hearing.
Defendant is not in custody.

## PROCEEDINGS

Sentencing held. The Defendant's objections to Paragraphs 6 through 36 of the Pre-Sentence Report (PSR) was overruled. The PSR was adopted without change. The Defendant addressed the Court.

Defendant is committed to the Bureau of Prisons for a term of 36 months on Counts 1 and 2 to be served concurrently followed by 3 years of supervised release.
A special assessment fee of $200 is imposed. Fine waived.
See Judgment for special conditions.

The defendant's interest in the following property shall be forfeited to the United States:
a. Glock 33 – Caliber .357 SIG firearm seized from the defendant's residence on Starview Way on August 12, 2022;
b. 22-round capacity magazine with 18 rounds of ammunition seized from the defendant's residence on Starview Way on August 12, 2022;
c. Nine-round magazine seized from the defendant's residence on Starview Way on August 12, 2022; and
d. 13-rounds of .380-auto ammunition seized from the defendant's residence on Starview Way on August 12, 2022

The Court recommends that the defendant be housed at a facility that is close to the Bay Area to facilitate family visitation.

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before 2/11/2025.