**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on December 13, 2024

Before Judge SUSAN ILLSTON

23-cr-00183-SI-2 – UNITED STATES v. CHRISTINA NGUYEN

Time in court: 23 minutes

| | |
|---|---|
| Attorney for United States: | Daniel Pastor |
| Attorney for Defendant: | Karthik Raju |
| | |
| Courtroom Deputy Clerk: | Esther Chung |
| Court Reporter: | Stephen Franklin |
| Probation Officer: | Ashley Polk |

Defendant was present for hearing.
Defendant is not in custody.

**PROCEEDINGS**

Sentencing held. The Pre-Sentence Report was adopted without change. The Defendant addressed the Court.

Defendant is committed to the Bureau of Prisons for a term of time served on Count 2 followed by 3 years of supervised release. Count 1 was dismissed on Motion from the Government.
A special assessment fee of $100 is imposed. Fine waived.
See Judgment for special conditions.